AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment: max. 10 years, $250,000 fine
Supervised Release: 3 years maximum
$100 Special Assessment, Forfeiture, Deportation, Denial of Federal Benefits

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED DEC 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE
EMC

**DEFENDANT - U.S**
CHARLES CHESTER CHATMAN III

DISTRICT COURT NUMBER
CR 22 0453

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF SA Christian Farquar

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.
14-CR-552-CRB

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Hillary Irvin

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction  } ☒ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

DEC -1 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

SEALED BY ORDER
OF THE COURT

CHARLES CHESTER CHATMAN III



CR 22 0453

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

/s/Foreperson   /s/
_____
                    Foreperson

Filed in open court this 1st day of
December 2022.

_____
                                        Clerk  12/1/2022

Bail, $ ~~No Bail~~ No Process

Hon. Kandis A. Westmore, U.S. Magistrate Judge

**FILED**

DEC -1 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

1 STEPHANIE M. HINDS (CABN 154284)
  United States Attorney
2

3

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 22 0453 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of a |
| v. | ) Firearm; |
| | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – |
| CHARLES CHESTER CHATMAN III, | ) Forfeiture Allegation |
| | ) |
| Defendant. | ) |

**SEALED BY ORDER OF THE COURT**

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about May 20, 2022, in the Northern District of California, the defendant,

CHARLES CHESTER CHATMAN III,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms, namely, one loaded Glock 26 9mm handgun bearing serial number BPMW156 and one loaded Glock 23 .40 caliber handgun; and the firearms were in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:        (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

CHARLES CHESTER CHATMAN III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

INDICTMENT

  a. One Glock 26 9mm handgun holding nine live rounds and bearing serial number BPMW156;

  b. One Glock 23 .40 caliber handgun holding one live round;

  c. One 31 round magazine holding 29 .40 caliber live rounds;

  d. One 22 round magazine holding 12 .40 caliber live rounds;

  e. Thirty-three .40 caliber live rounds; and

  f. One .40 caliber Glock Pro magazine.

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 1, 2022          A TRUE BILL.

                     /s/Foreperson
                     FOREPERSON
                     Oakland, California

STEPHANIE M. HINDS
United States Attorney

/s/ Hillary T. Irvin
Hillary T. Irvin
Assistant United States Attorney

INDICTMENT             2

SEALED BY ORDER OF THE COURT

FILED
DEC 01 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

EMC

**CASE NAME:** USA v. Charles Chester Chatman III

**CASE NUMBER:** CR 22 0453 CR

**Is This Case Under Seal?** Yes ✓   No

**Total Number of Defendants:** 1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Hillary Irvin

**Date Submitted:** 12/01/2022

**Comments:**

This offense constitutes a violation of this defendant's supervised release as alleged in case number 14-CR-552-CRB.

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF