ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY T. IRVIN (MDBN 1712130257)
SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-7027
    Hillary.Irvin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00453-CRB |
| Plaintiff, | **UNITED STATES' TRIAL WITNESS LIST** |
| v. | Court: Hon. Charles Breyer |
| CHARLES CHESTER CHATMAN, | Pretrial Conference: May 25, 2023<br>Trial: May 30, 2023 |
| Defendant. | |

**United States' Trial Witness List**

**United States v. Charles Chester Chatman, 3:22-CR-00453-CRB**

1. Angela Freitas
2. Benjamin Sarasua
3. Luke Olson
4. Nicole Olah
5. Del Vaughn Billups
6. Bobby Love
7. Pamela Johnson
8. William Shaffer
9. Joseph Bueford
10. Samartha Patel
11. Edric Talusan
12. David Cheng