Edward W. Swanson, SBN 159859
ed@smllp.law
Audrey Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant CHARLES CHESTER CHATMAN III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> vs.<br><br>CHARLES CHESTER CHATMAN III,<br><br>         Defendant. | Case No. 22-cr-00453 CRB<br><br>DEFENDANT'S WITNESS LIST<br><br>Court: Hon. Charles Breyer<br>Trial: May 30, 2023, 9:15 a.m. |

Charles Chatman hereby submits the following trial witness list:

1. Benjamin Sarasua
2. Luke Olson
3. Nicole Olah
4. Del Vaughn Billups
5. Marc Scott Taylor
6. Charles Chatman III

DATED: May 23, 2023   Respectfully submitted,

              /s/
             Ed Swanson
             Audrey Barron
             SWANSON & McNAMARA LLP
             Attorneys for CHARLES CHESTER CHATMAN III