UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>CHARLES R. BREYER</u>          Case No. 3:22-cr-00453-CRB-1

CASE NAME: <u>USA v. Charles C. Chatman</u>

<u>NOTE FROM THE JURY</u>

Note No. __1__

Date __June 1 2023__

Time __9am__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

I am requesting permission to be dismissed once the jury goes into deliberation as I am booked onto a 3:30pm flight to Boston *

_Ben Metcalf_
~~Foreperson of the Jury~~
Alternate Juror #1

* to attend my 25th reunion for college. While it is possible to delay my flight, I would greatly prefer not to incur the change fee and miss one or more days of programming if possible if my service is not necessary to the functioning of the court. Thank you for your consideration!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE CHARLES R. BREYER            Case No. 3:22-cr-00453-CRB-1

CASE NAME: USA v. Charles C. Chatman

NOTE FROM THE JURY

Note No. _2nd_

Date _JUNE 1, 2023_

Time _12:34_

1. The Jury has reached a unanimous verdict (✓)

    or

2. The Jury has the following question:

_____
_____
_____

_____
Foreperson of the Jury