IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br>      Plaintiff,<br>  v.<br>Charles Chester Chatman, III,<br>      Defendant. | Case No. 22-cr-00453-CRB-1<br><br>**VERDICT FORM** |

We, the Jury in the above-captioned case, unanimously find the defendant, Charles Chester Chatman, III,

NOT GUILTY _____    GUILTY __X__

of the crime of felon in possession of a firearm as charged in Count One.

Dated: June 1, 2023

_____
FOREPERSON